PC SCAN

RECEIVED
10/9/2019
YT
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Jeffrey Phillips

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Adeyemi
DR. Fatoki Wellpath Employee
Carmen Clapp RN Wellpath Employee
John Doe Director Of Wellpath

**1:19-CV-06698**
JUDGE DURKIN
MAGISTRATE JUDGE KIM
**PC9**

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

  X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
       **U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Jeffrey Phillips

   B. List all aliases: NONE

   C. Prisoner identification number: R66071

   D. Place of present confinement: Big Muddy River Correctional

   E. Address: 251 N. Illinois Hwy 37 Ina, Illinois 62846

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: DR. Adeyemi Fatoki

      Title: Doctor

      Place of Employment: Employee of Wellpath / contracted Doctor for LaSalle County Jail Ottawa Illinois 61350

   B. Defendant: Carmen Clapp

      Title: RN

      Place of Employment: Wellpath / contracted RN Head Nurse for LaSalle County Jail Ottawa Illinois 61350

   C. Defendant: Wellpath

      Title: Contracted Medical Corp. for LaSalle County Jail

      Place of Employment: LaSalle County Jail Ottawa Illinois 61350

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4/10

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff was brought to LaSalle County Jail Ottawa Illinois 61350 on October 20, 2017. Upon Questioning on Intake Questionare Plaintiff Jeffrey Phillips would state that he informed the intake officer when asked Do You Have A Painful Dental Condition? Whereas the Plaintiff Answered Yes. Plaintiff notified the intake officer He was (He referring to Plaintiff and Plaintiff as Jeffrey Phillips from this point) in the process of taking Antibiotics that he Had an Abcess tooth And was to see A Dentist After Completion of the Course of Antibiotics. (For the Records An infected tooth which causes An Abcess left untreated leads to Various health risks And Even Death. One of which is Sepsis - a poisoned State Caused by the asorportion of pathogenic microorganisms and their products in the blood or other bodily tissue.) Plaintiff Also stated he had a number of prescriptions including Mental Disorder Medication to be Addressed in A Different Claim. Plaintiff was to have his tooth abstracted but was picked up on a Sealed Warrant. Carmen Clapp is the Head RN at LaSalle County Jail. DR. Adeyemi Fatoki

4                                                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:19-cv-06698 Document #: 1 Filed: 10/09/19 Page 5 of 15 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

is the Head ~~Psychician~~ J.P Psychician at LaSalle County Jail. They are Employed by Well Path who is contracted by J.P. LaSalle County Jail for all medical issues, inmates medical needs medical referrals and assessments and treatment of inmates of LaSalle County Jail. In General the Medical Department of LaSalle County Jail. Plaintiff would state that he has been incarcerated in LaSalle County Jail previous occassions and has "had words" with Carmen Clapp. Mostly about the procedure of $10 Sick Call and also copay for a preexisting condition and or Chronic. That it A violation of the Law on the charging of inmates in Accordance to ILCS. That it pretty much is extortion. That if you do not Sign you will not be treated. Signing referring to the $10 Co-pay. Forceful. This has lead to disputes and A relationship between the two where Plaintiff has been delayed or denied medication purposely. Inmate Phillips even wrote a grievance stating upon arrival one time Carmen Clapp stated "What th ____ Are you doin back?" On being seen by Assessment After booking inmate Phillips noted his pain and concerns And notified his situation. Nothing was done. ~~Inmate~~ J.P Plaintiff was seen 11/2/17 where his face swelled up he contracted a sinus infection ear infection, ~~And~~ bleeding of the gums, extrusiating pain And respirator problems. Common side effects of an Abcessed tooth.

5     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7/10

① 

Carmen Clapp Called Dr. Fatoki as he only makes an apperance about every 3-4 weeks. To see patients. Dr. Fatoki ordered Amoxcilin an antibiotic until the 9th of November 2017 Plaintife did not see the DR. Doctor Aleyemi until 12/22/17 At which time the infection Had Subsided. He (meaning DR. Fatoki) did not send the ~~doctor~~ J.P Plaintife to the dentist. Plaintiff would also state Neither Carmen Clapp nor Doctor Fatoki are Dentists. DR. Fotoki is a Certified M.D And Carmen Clapp is An RN. That the are not qualified to Make a medical decision on the Plaintiffs teeth that only a Certified Dentist May Make a Certified Medical Decision regarding Plaintiffs Concerns. Plaintiff would state he was denied to go to the Dentist. LaSalle County Jail Does not Have a dentist therefore you must go outside the facility For Dentistry treatment but this is determined by Carmen Clapp and DR. Fatoki which cases are to be So Severe treatment is Necessary.

2

Two other individuals on Plaintiffs block were allowed to go to the Dentist to have their teeth removed which Plaintiff would state his priority trumped theirs. That Plaintiff would state this was of a personal reasoning denial was imposed. ~~Inmate J.P.~~ Plaintiff Phillips on many occassions requested medical occassions pleading to go to the Dentist and even the Emergency room. He wrote Grievances. He has numerous request slips and medical documentation validating his claim. He went to Administrator Grievance officer Corporal Ratcliff tried to understand the nature and rectify the situation to the best of his capabilities Corporal Clark intervened. Inmate Phillips (or Plaintiff in this case referred as) Inmate Phillips (Plaintiff) was having muscle spasms, and could barely walk the infection was setting in his muscles and tissues. He was weak and fatigue and in severe pain. Inmate Phillips was taken to the nurse or Emergency and was still refused treatment. Plaintiff

3

Walked out. Jason Edgcomb Administrator for The Jail was notified on The Ibuproten Situation. They were going to try to get Phillips A Bottle of Ibuproten As he was complaining of the Money And charging Almost $50 Thus far for treatment of the Same nature That WAS unattended to. On The date of 1/3/17 or 1/4/17 Phillips infection returned. This WAS Almost 80days inmate or Plaintiff Phillips was not treated And taken to the Doctor. Plaintiff would state there is Footage of his face Swollen And writhing in pain on the Floor of the Cellblock. Plaintiff would State that as of Jan. 1st 2018 the Conditions of Bond were Changed in The State of Illinois And extreme bonds for Class 3 and 4 felonies were to be reevaluated. (Inmate Phillips or Plaintiff) (refered within above and mentioned within from this point and previous to be known as) Plaintiff Had A Class 3 felony but upon that date also he wrote a letter to his presiding Judge. Entering A

4

Request and motion. Plaintiff was Pro Se. Asking the judge to bring him for a bond reduction. Plaintiff was unaware of the new law. Plaintiff claimed Cruel and unusual Punishment and Due Process violation as he could not prepare a proper defense. LaSalle County was bringing all eligible inmates for a bond hearing. By Coincidence the infection reocurred and inmate Phillips face was swollen. That morning at 4:00 A.M. He pushed his Emergency Button and cried to go to the Emergency Room. No one came. There was no medical Staff on duty. When they brought inmate Phillips Medication after he was seen on 1/4/18 or 1/3 he could not walk to the door. He struggled and made it from the floor. When he approached the door he was told to get a glass of water. He stated he didn't need it. He was informed he would not get his medication without retrieving water. When someone tried to get water for the Plaintiff noting he was in extreme Pain they were told he (Phillips) made it

5

this far he can get it himself. He was brought to court that morning. The Prosecutors and Judge were in awe upon seeing Plaintiff Phillips. Whereas the judge Reduced his bond to $100 from $4,000. $40,000 10% to $1,000 10%. Plaintiff would state that he had another indictment and the state did not even contest the bond. Whereas another charge could revoke his bond. Even upon reapperance when he was indicted the judge allowed the bond to stand without raising it. Technically where he could or should have he did not nor did the State contest. Whereas Plaintiff would state this is due to the injustice that was done. Plaintiff would state that due to Jason Edscomb not fully being aware of the severness of Plaintiffs injury. That Corporal Ratcliff and Clark went above and beyond to the best of their capabilities and did not fully understand the severness. Therefore interference was made by the court and there was not enough time to bring the

6

rest of administration. Whether the question may be raised that Clark or Ratcliff should have notified Jason Edgcomb or acted properly in their duties is to be unseen. That Plaintiff would state he was satified by their attempts and Plaintiff followed all exhaustion of Remedies at his disposal. Mere negligence would be the only claim that Plaintiff would be the judgment upon Jason Edscomb Ratcliff and Clark or the guards of LaSalle County Jail. That a fine line would be drawn on qualifications of certification or insubordination. That Plaintiff was very gratefully to Judge Ryan and Karen Donelly States Attorney for their actions in Plaintiffs bonds. Plaintiff was satified by Clark and Ratcliff and grateful for their attempts to resolve this issue. Therefore Plaintiff exempts and excludes any deliberate indifference to be named or claimed against LaSalle County

7

Jail as an entity or those mentioned as guards or Administration of LaSalle County. Plaintiff feels it would be a waste of the courts time also to basically come to the same assumption or conclusion of the Plaintiff. That therefore the Plaintiff would Claim that his Eighth Amendment was violated of his (Plaintiff referred to as for this purpose here and above) Constitutional Rights of the United States Constitution prescribed and that be established by the Plaintiff states that his (Plaintiff) treatment for his Dental needs and treatment of his concerns also in Delay of treatment caused a deliberate indifference along with his pain and suffering. In so that the injury was as obvious that treatment was needed and a lamen could make the assessment. Putting the Plaintiff in serious risk of pain and Death and as prescribed by law states he satisfies this Claim.

Signed Jeffrey A. Peters R@6071

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To make a legal Assessment in Accordance with the law. Sanction the named Defendants by termination And/or of Contract of LaSalle County Jail in so that this never may happen Again. Get Rid of the Co-Pay and Follow Illinois Law standards for Medical Treatment. Compensate The Plaintiff for Pain and Suffering, as well as Deformation due to the severity of being untreated he has incurred intense Dental treatment.

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __7th__ day of __October__, 20__19__

_Jeffrey A. Phillips_
(Signature of plaintiff or plaintiffs)

_Jeffrey A. Phillips_
(Print name)

_R06671_
(I.D. Number)

_251 N. Illinois Hwy 37_
_Ina Illinois 62846_
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

To the Clerk of Northern District of Illinois

Enclosed you will find a 42 U.S.C § 1983 case enclosed

Please Copy me 7 of this case And In Accordance to Federal Procedure "Ex Parte" Federal Civil Procedure

Send one Copy to the Court or Judge
One to the State
One to Dr. Adeyemi Fatoki c/o LaSalle County Jail Ottawa 707 Etna Rd. Illinois 61350
One to Carmen Clapp c/o LaSalle County Jail 707 Etna Rd Ottawa IL 61350
One to Well Path c/o LaSalle County Jail 707 Etna Rd. Ottawa IL 61350

One to their Attorney if found.
One for my Master File

Please File This in Accordance
to Civil Procedure and the Law

And Send all these Copies Ex parte
to All defindants in Accordance
to the law.

Please then Place on the Courts
Docket And to a presiding judge
to be heard And send me
the Status to the
Address below

Jeffrey phillips R06671
Big Muddy Correctional
251 N. Illinois Hwy 37
Ina Illinois 62846

Please Bill me for the Copies or
notify My Institution for payment
to be taken out Of My Account